UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLY MILLER d/b/a PINEY WOODS LUMBER CO., | ) ) ) |
| Plaintiff, Counter-Defendant, and Third-Party Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| DAIRYMAN'S SUPPLY CO., INC., | ) ) |
| Defendant and Counter-Plaintiff, | ) ) |
| v. | ) ) ) |
| RANDY DRIVER, and WILLIAM CARTER & DALE HIX, Individually and d/b/a PERFORMANCE AUTO SALES, | ) ) ) ) |
| Third-Party Defendants. | ) ) |

Case No. 3:10-cv-0819
Judge Trauger

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- Dairyman's Motion for Summary Judgment (Docket No. 52) is **GRANTED IN PART and DENIED IN PART.** Dairyman's request to strike Carter & Hix's Response to Dairyman's Motion for Summary Judgment (Docket No. 82, pp. 2-4) is **DENIED.**

- Carter & Hix's Motion for Summary Judgment (Docket No. 74) is **GRANTED IN PART and DENIED IN PART**.

- Miller's Motion for Summary Judgment (Docket No. 77) is **GRANTED IN PART and DENIED IN PART**.

- Miller's third-party claim against Carter & Hix for unjust enrichment is hereby **DISMISSED WITH PREJUDICE**. Miller's third-party claims against Carter & Hix for breach of contract, promissory estoppel, and equitable estoppel will remain for trial.

- Dairyman's TCPA claim is **DISMISSED WITH PREJUDICE**. Dairyman's request for summary judgment in its favor on its breach of contract claim is **GRANTED** as to liability, subject to resolution of a dispute concerning the appropriate measure of its damages.

- Miller's third-party claim against Driver will remain for trial.

It is so **ORDERED**.

Enter this 12th day of June 2012.

_____
ALETA A. TRAUGER
United States District Judge