IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLY W. MILLER, ) <br> d/b/a Piney Woods Lumber Co., ) <br> ) <br>     Plaintiff/Counter-Defendant/Third-Party ) <br>                                   Plaintiff, ) <br> v. ) <br> ) <br> DAIRYMAN SUPPLY COMPANY, INC., ) <br> ) <br>     Defendant/Counter-Plaintiff. ) <br> ) <br> v. ) <br> ) <br> RANDY DRIVER, WILLIAM CARTER, and ) <br> DALE HIX individually and d/b/a ) <br> PERFORMANCE AUTO SALES, ) <br> ) <br>     Third-Party Defendants. ) | Civil No. 3:10-0819 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the opposing parties shall respond to defendant Dairyman's Motion in Limine (Docket No. 113) by Tuesday, September 4, 2012.

It is so **ORDERED**.

ENTER this 27th day of August 2012.

                                                                     _____
                                                                     ALETA A. TRAUGER
                                                                     U.S. District Judge