IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLY W. MILLER, ) | |
| d/b/a Piney Woods Lumber Co., ) | |
| ) | |
| Plaintiff/Counter-Defendant/Third-Party ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:10-0819 |
| ) | Judge Trauger |
| DAIRYMAN SUPPLY COMPANY, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| RANDY DRIVER, WILLIAM CARTER, and ) | |
| DALE HIX individually and d/b/a ) | |
| PERFORMANCE AUTO SALES, ) | |
| ) | |
| Third-Party Defendants. ) | |

**O R D E R**

It is hereby **ORDERED** that the opposing parties shall respond to defendant Dairyman's Motion in Limine (Docket No. 113) by Tuesday, September 4, 2012.

It is so **ORDERED**.

ENTER this 27th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge