# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BILLY W. MILLER, ) <br> d/b/a Piney Woods Lumber Co., ) <br> ) <br>     Plaintiff/Counter-Defendant/Third-Party ) <br>                                    Plaintiff, ) <br> v. ) <br> ) <br> DAIRYMAN'S SUPPLY COMPANY, INC., ) <br> ) <br>     Defendant/Counter-Plaintiff. ) <br> ) <br> v. ) <br> ) <br> RANDY DRIVER, WILLIAM CARTER, and ) <br> DALE HIX individually and d/b/a ) <br> PERFORMANCE AUTO SALES, ) <br> ) <br>     Third-Party Defendants. ) | Civil No. 3:10-0819 <br> Judge Trauger |

## **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for February 26, 2013 and the pretrial conference set for February 22, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 15th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge

1